89266

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

BRENDA SMITH, BROAD REACH
CAPITAL, LP, BROAD REACH
PARTNERS, LLC, and BRISTOL
ADVISORS, LLC,

    Defendants

Case No. 3'20-mc-670

## NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

By an order of the United States District Court for the District of New Jersey, in *SEC v. Smith, et al.*, Civ. No. 2:19-cv-17213-MCA, entered on June 29, 2020, Kevin D. Kent, Esquire was appointed the receiver ("Receiver") of all of the assets and properties of Brenda Smith; Broad Reach Capital, LP; Broad Reach Partners, LLC; and Bristol Advisors, LLC; and their Affiliated Entities, including BA Smith & Associates LLC; Bristol Advisors LP; CV Brokerage, Inc.; Clearview Distribution Services LLC; CV International Investments Limited; CV International Investments PLC; CV Investments LLC; CV Lending LLC; CV Minerals LLC; BD of Louisiana, LLC; TA 1, LLC; FFCC Ventures, LLC; Prico Market, LLC; GovAdv Funding

LLC; Elm Street Investors LLC; Investment Consulting LLC; and Tempo Resources LLC. Pursuant to 28 U.S.C. § 754, the Receiver hereby files copies of (a) the Complaint filed on August 27, 2019 (excluding attachments pertaining to the *Ex Parte* Motion for a Temporary Restraining Order), (b) the Temporary Restraining Order of August 27, 2019, (c) the Preliminary Injunction Order of September 10, 2019, and (d) the June 29, 2020 Order appointing Receiver, attached hereto as Exhibits "A" through "D", respectively, for the purpose of vesting the Receiver with jurisdiction and control over all such property located within this District, with the right to take possession thereof.

Respectfully Submitted,

Dated: July 2, 2020

Robin S. Weiss, Esq.
Conrad O'Brien PC
1500 Market Street, Suite 3900
Centre Square, West Tower
Philadelphia, PA 19102
Telephone: 215-864-9600
Fax: 215-864-9620
E-Mail: rweiss@conradobrien.com
*Attorney for Receiver, Kevin D. Kent, Esq.*